IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REO L. COVINGTON,

    Plaintiff,

v.

NANCY BOWENS, et al.

    Defendants.

ORDER

Case No. 22-cv-543-wmc

---

REO L. COVINGTON,

    Plaintiff,

v.

5 UNNAMED DARDENELLE POLICE OFFICERS, et al

    Defendants.

ORDER

Case No. 22-cv-544-wmc

---

Plaintiff Reo L. Covington has submitted a certified inmate trust fund account statement in support of the pending motion to proceed without prepayment of the filing fee. Accordingly, the court must determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the $350.00 fee for filing these cases.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the fee returned by the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from plaintiff's trust fund account statement, I calculate plaintiff's initial partial filing fees to be $0.50. For these cases to proceed, plaintiff must submit this amount for each case on or before November 14, 2022.

ORDER

IT IS ORDERED that,

    1.    Plaintiff Reo L. Covington is assessed $0.50 as an initial partial payment of the $350.00 fee for filing case 22-cv-543-wmc.

    2.    Plaintiff Reo L. Covington is assessed $0.50 as an initial partial payment of the $350.00 fee for filing case 22-cv-544-wmc.

    3.    Plaintiff is to submit a check or money order made payable to the clerk of court in the amounts of $0.50 for each case (or one check in the amount of $1.00) or advise the court in writing why plaintiff is not able to submit the assessed amount on or before November 14, 2022.  If, by November 14, 2022, plaintiff fails to make the initial partial payment(s) or show cause for failure to do so, plaintiff will be held to have withdrawn the action(s) voluntarily and the case(s) will be closed without prejudice to plaintiff filing the case(s) at a later date.

    4.    No further action will be taken in this case until the clerk's office receives plaintiff's initial partial filing fee as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915A.  Once the screening process is complete, a separate order will issue.

Entered this 21st day of October, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge